AO 91 (Rev. 11/11)  Criminal Complaint

UNDER SEAL UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED

JAN 16 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANDREW W. CHEVEERS | ) | Case No.  1:19-mj-26 |
| | ) | |
| | ) | |
| | ) | UNDER SEAL |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 2016 through November 2016  in the county of  Arlington  in the
Eastern  District of  Virginia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of United States Government Property |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lloyd Rawls, Special Agent, State Department OIG
*Printed name and title*

Reviewed by AUSA/SAUSA:

AUSA Raj Parekh and SAUSA Katherine Celeste

Sworn to before me and signed in my presence.

/s/ JFA
_____
John F. Anderson
United States Magistrate Judge
*Judge's signature*

Date:  01/16/2019

City and state:  Alexandria, Virginia

The Honorable John F. Anderson
*Printed name and title*