AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v.  ) | Case No.  1:19-CR-64 |
|  ) | |
| Andrew W. Cheveers ) | |
| *Defendant* ) | |

*FILED IN OPEN COURT*
*MAR − 7*
*CLERK, U.S. DISTRICT COURT*
*ALEXANDRIA, VIRGINIA*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/7/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*