

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
)
           v. )
)
ANDREW W. CHEVEERS, )
)
      Defendant. )
)

Criminal No. 1:19-cr-64-CMH

The Hon. Claude M. Hilton

## **CRIMINAL INFORMATION**

### COUNT 1

(Theft and Embezzlement of U.S. Government Property)

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or around July 2016 through November 2016, both dates being approximate, in the Eastern District of Virginia and elsewhere, the defendant, ANDREW W. CHEVEERS, did knowingly and willfully embezzle, steal, purloin, or convert to his use or the use of another property belonging to the Office of the Inspector General of the U.S. Department of State, to wit: no fewer than fourteen and no more than sixteen Microsoft Surface Pro tablet devices, each having a value in excess of $1,000, in violation of Title 18, United States Code, Section 641.

(In violation of Title 18, United States Code, Section 641).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Raj Parekh
Assistant United States Attorney

Katherine Celeste
Special Assistant United States Attorney